# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2019

SEAN F. McAVOY, CLERK

CHAD JAMES SPECHT,

|  |  |
|---|---|
| _Plaintiff_ | ) |
| v. | ) |
| STATE OF WASHINGTON, | ) |
|  | ) |
|  | ) |

Civil Action No.   2:19-CV-151-RMP

_Defendant_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐   the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☑   other:   Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED pursuant to Rule 4, Rules Governing Section 2254 Cases
in the United States District Courts.  All pending motions are DENIED as moot.
The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith,
and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A
certificate of appealability is therefore DENIED.

This action was _(check one)_:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   ROSANNA MALOUF PETERSON _____ .

Date:   07/01/2019 _____

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates

_(By) Deputy Clerk_

Allison Yates